# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>NATHAN WINGO,<br><br>                      Defendant. | Case No. 23-CR-152-JPS<br><br>**ORDER** |

        On August 15, 2023, the grand jury returned a six-count Indictment charging Defendant with violations of 18 U.S.C. §§ 922(g)(1), 924(e)(1), 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), and 2119(1). ECF No. 1. On June 21, 2024, the parties filed a plea agreement indicating that Defendant agreed to plead guilty to Counts One, Two, and Four of the Indictment. ECF No. 40.

        The parties appeared before Magistrate Judge Stephen C. Dries on July 12, 2024 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 46. Defendant entered a plea of guilty as to Counts One, Two, and Four of the Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Dries determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. *Id.*

        On July 12, 2024, Magistrate Judge Dries filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed

accordingly. *Id.* Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* To date, no party has filed such an objection. The Court has considered Magistrate Judge Dries's recommendation and, having received no objection thereto, will adopt it.

Consequently, the Court will now vacate the remaining dates and deadlines set in this case, including the August 13, 2024 final pretrial conference and the August 19, 2024 trial date. *See* July 10, 2024 Text Order. The Court will direct the Clerk of Court to remove these dates and deadlines from the Court's calendar.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Stephen C. Dries's Report and Recommendation, ECF No. 46, be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that the remaining dates and deadlines set in this case, including the August 13, 2024 final pretrial conference and the August 19, 2024 trial date, *see* July 10, 2024 Text Order, be and the same are hereby **VACATED**; the Clerk of Court is **DIRECTED** to remove these dates and deadlines from the Court's calendar.

Dated at Milwaukee, Wisconsin, this 30th day of July, 2024.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge